**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.: 2:13-CR-8-JTM-PRC |
| | ) | |
| IMARU JONES, | ) | |
| Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT IMARU JONES

TO: THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT

Upon Defendant Imaru Jones' request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on April 10, 2013, with the consent of Defendant Imaru Jones, counsel for Defendant Imaru Jones, and counsel for the United States of America.

The hearing on Defendant Imaru Jones' plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Imaru Jones under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Imaru Jones,

I FIND as follows:

(1) that Defendant Imaru Jones understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Imaru Jones understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Imaru Jones understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Imaru Jones understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Imaru Jones has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Imaru Jones is competent to plead guilty;

(6) that Defendant Imaru Jones understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Imaru Jones' plea; and further,

I RECOMMEND that the Court accept Imaru Jones' plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Imaru Jones be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Imaru Jones be adjudged guilty, a sentencing date before Senior Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1).

So ORDERED this 10th day of April, 2013.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc: All counsel of record
     Honorable Rudy Lozano